# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510          Telephone: (212) 317-1200
New York, New York 10165          Facsimile: (212) 317-1620

sisaacson@faillacelaw.com

January 4, 2019

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States District Court
40 Foley Square
New York, NY 10007

         Re:     *A. Suarez, et al. v. Fresh Natural Food Inc., et al.*
                     Index No. 17-cv-5280-VEC

Dear Judge Caproni:

     We represent Plaintiff Julio A. Suarez ("Plaintiff") in the above-referenced matter. The parties have revised their settlement agreement in accordance with Your Honor's order dated December 14, 2018 (Dkt. No. 39). A copy of the parties' revised agreement is attached hereto as Exhibit 1. The parties respectfully request that Your Honor approve of the settlement as fair.

     We thank the Court for its time and attention to this matter.

         Respectfully Submitted,

         /s/ Michael Faillace
         Michael Faillace

cc:     Andrew Hoffmann, Esq. (via ECF)
        Tram LoPresto, Esq. (via ECF)