
# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

sisaacson@faillacelaw.com

January 4, 2019

**BY ECF**



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 1/14/2019

Hon. Valerie E. Caproni  
United States District Judge  
Thurgood Marshall  
United States District Court  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

Re: *A. Suarez, et al. v. Fresh Natural Food Inc., et al.*  
Index No. 17-cv-5280-VEC

Dear Judge Caproni:

We represent Plaintiff Julio A. Suarez ("Plaintiff") in the above-referenced matter. The parties have revised their settlement agreement in accordance with Your Honor's order dated December 14, 2018 (Dkt. No. 39). A copy of the parties' revised agreement is attached hereto as Exhibit 1. The parties respectfully request that Your Honor approve of the settlement as fair.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Michael Faillace  
Michael Faillace

cc: Andrew Hoffmann, Esq. (via ECF)  
Tram LoPresto, Esq. (via ECF)

> The Court finds that the parties' revised settlement agreement is fair and reasonable. The revised settlement is APPROVED. The Clerk is respectfully directed to terminate all open motions and to CLOSE the case.
>
> SO ORDERED.
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI  
> UNITED STATES DISTRICT JUDGE  
> 1/14/2019

*Certified as a minority-owned business in the State of New York*